James E. Cecchi
Lindsey H. Taylor
Donald A. Ecklund
**CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO,
P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700

Kara M. Wolke
Leanne H. Solish
Raymond D. Sulentic
**GLANCY PRONGAY &
MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150

*Liaison Counsel for Plaintiffs*

*Lead Counsel for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE EROS INTERNATIONAL PLC SECURITIES LITIGATION | Case No. 19-cv-14125(JMV)(JAD) |

**NOTICE OF PLAINTIFFS' MOTION TO STRIKE EXTRANEOUS MATERIALS SUBMITTED IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT**

**PLEASE TAKE NOTICE** that Lead Plaintiffs Opus Chartered Issuances S.A., Compartment 127 and AI Undertaking IV ("Plaintiffs") respectfully move this Court for an order striking extraneous materials attached to the Declaration of Christos G. Papapetrou in Support of Defendants' Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint.

In support of their motion, Plaintiffs rely on the accompanying Memorandum of Law, such other papers as may be filed in support of this motion, and upon all pleadings and prior proceedings. A proposed order is also attached.

Dated: October 14, 2020                    Respectfully submitted,

                                           **CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.**

                                           By:  *s/ Donald A. Ecklund*
                                           James E. Cecchi
                                           Lindsey H. Taylor
                                           Donald A. Ecklund
                                           5 Becker Farm Road
                                           Roseland, New Jersey 07068
                                           Telephone: (973) 994 -1700

                                           *Liaison Counsel for Plaintiffs and the Proposed Class*

1

**GLANCY PRONGAY & MURRAY LLP**
Kara M. Wolke (*pro hac vice*)
Leanne H. Solish (*pro hac vice*)
Raymond D. Sulentic (*pro hac vice*)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150

*Lead Counsel for Plaintiffs and the Proposed Class*

2

## PROOF OF SERVICE

On October 14, 2020, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the District of New Jersey, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury that the foregoing is true and correct.

Dated: October 14, 2020.          *s/ Donald A. Ecklund*
                                   Donald A. Ecklund

3